# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3029
LT Case No. 2022-CF-010788

_____

MINAS KARANGOLIAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

Matthew J. Metz, Public Defender, and Natalie R. Gossett,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Amanda A. Uwaibi,
Assistant Attorney General, Tallahassee, for Appellee.

June 11, 2024

PER CURIAM.

    AFFIRMED.

LAMBERT, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____